Form dschntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 16−05502
Chapter: 13
Judge: Bruce W. Black

In Re:
  Anthony Dwayne Johnson
  908 Northside Dr.
  Shorewood, IL 60404

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2611

Employer Tax ID / Other nos.:

### Notice of Denied, Vacated, Waived, or Revoked Discharge

On April 8, 2016 , the Court signed an order:

- ○ Vacating the Discharge
- ⦿ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: April 12, 2016

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 16-05502-BWB
Anthony Dwayne Johnson                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan            Page 1 of 2           Date Rcvd: Apr 12, 2016
                              Form ID: dschntc           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2016.
db             +Anthony Dwayne Johnson,    908 Northside Dr.,    Shorewood, IL 60404-9804
24229088       +Argon Credit,    PO Box 503430,    San Diego,CA 92150-3430
24229078      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: MABT/Contfin,    Attn: Bankruptcy Dept.,    121 Continental Dr Ste 1,
                  Newark,DE 19713)
24408374        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
24229087       +Edgewater Community Association,    C/o Keay and Costello,    128 S County Farm Rd,
                Wheaton,IL 60187-2400
24229085       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
24229084       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
24242206       +First Associates Loan Servicing, LLC,    c/o Law Offices of Gary Holt,
                2356 Moore Street, Suite 104,    San Diego, CA 92110-3018,    United States
24229082       +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,
                Sioux Falls,SD 57104-4868
24229092        Geico Insurance,    Attn: Bankruptcy Department,    1 Geico Plaza,    Washington,DC 20046
24229089       +PLS Loan Store,    Bankruptcy Department,    1551 Plainfield Rd,    Joliet,IL 60435-4498
24229086       +Seneca Mortgage LLC,    611 Jamison Rd,    Elma,NY 14059-9392
24415334       +Seneca Mortgage Servicing, LLC,    C/O Potestivo & Associates, P.C,    251 Diversion Street,
                Rochester, MI 48307-2209
24378306       +The Payday Loan Store,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
24229083       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24229080       +E-mail/Text: creditonebknotifications@resurgent.com Apr 13 2016 01:51:38      Credit ONE BANK NA,
                Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas,NV 89193-8875
24229076       +E-mail/Text: bk@gafco.net Apr 13 2016 01:53:03      Great American Finance,
                Attn: Bankruptcy Dept.,    20 N Wacker Dr Ste 2275,    Chicago,IL 60606-1294
24229093       +E-mail/Text: cio.bncmail@irs.gov Apr 13 2016 01:51:52      IRS Non-Priority,    Bankruptcy Dept.,
                PO Box 7346,    Philadelphia,PA 19101-7346
24229091       +E-mail/Text: bankrup@aglresources.com Apr 13 2016 01:51:21      Nicor Gas,
                Bankruptcy Department,    PO Box 549,    Aurora,IL 60507-0549
24229094       +E-mail/Text: bankruptcy@risecredit.com Apr 13 2016 01:53:58      Rise Credit,
                4150 International Plaza,    Suite 300,    Benbrook,TX 76109-4819
24264706        E-mail/PDF: cbp@springleaf.com Apr 13 2016 01:45:05      SPRINGLEAF FINANCIAL SERVICES,
                P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
24229081        E-mail/PDF: cbp@springleaf.com Apr 13 2016 01:45:05      Springleaf Financial S,
                Attn: Bankruptcy Dept.,    2149 W Jefferson St,    Joliet,IL 60435
24229090       +E-mail/Text: scott@wsce.com Apr 13 2016 01:55:13      Short Term Loans, LLC,
                Bankruptcy Department,    1400 Touhey Ave,    Suite 108,    Des Plaines,IL 60018-3338
24229079       +E-mail/Text: fhbankruptcy@bluestembrands.com Apr 13 2016 01:54:31      Webbank/Fingerhut,
                Attn: Bankruptcy Dept.,    6250 Ridgewood Rd,    Saint Cloud,MN 56303-0820
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24229077*      +Great American Finance,    Attn: Bankruptcy Dept.,    20 N Wacker Dr Ste 2275,
                Chicago,IL 60606-1294
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: esullivan            Page 2 of 2              Date Rcvd: Apr 12, 2016
                              Form ID: dschntc           Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2016 at the address(es) listed below:
              Adam   Suchy    on behalf of Debtor 1 Anthony Dwayne Johnson ndil@geracilaw.com
              Caleb   Halberg    on behalf of Creditor    Seneca Mortgage Servicing, LLC chalberg@potestivolaw.com,
               bknotices@potestivolaw.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Kristin T Schindler    on behalf of Debtor 1 Anthony Dwayne Johnson ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 6
```