## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                    )
                                          )
ANTHONY DWAYNE JOHNSON                    )
                                          )       No. 16-05502
                                          )       Chapter 13 (Joliet)
            Debtors                       )       Honorable Pamela S. Hollis
                                          )

### NOTICE OF DEFAULT

Notice of default of the May 4, 2018 Agreed Order is hereby given to Anthony Dwayne Johnson

and counsel for Debtor. Pursuant to the Agreed Order, Debtor was to pay $183.51 per month

toward the arrearage on their post-petition assessment account with Creditor Edgewater

Community Association, Inc. and remain current on the accruing assessments. The remaining

unpaid balance should have been $1,101.09 as of August 9, 2018. However, the actual balance

on the post-petition account is $1,953.92. Therefore, Debtor is in default under the Agreed

Order in the amount of $852.83.


Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please

forward $852.83 by cashier's check or money order made payable to Edgewater Community

Association, Inc. to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois

60187 no later than August 30, 2018. If the amount of $852.83 is not paid by August 30, 2018 to

bring the Agreed Order's payment plan current, the automatic stay on collection shall be

dissolved pursuant to paragraph 4 of the Agreed Order and Edgewater Community Association,

Inc. shall be entitled to pursue any and all remedies available to it for the collection of the post-

petition arrearage.

1

EDGEWATER COMMUNITY
ASSOCIATION, INC.

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

2