## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>ANTHONY DWAYNE JOHNSON )<br>)<br>)<br>)<br>Debtor )<br>) | No. 16-05502<br>Chapter 13 (Joliet)<br>Honorable Pamela S. Hollis |

### NOTICE OF FILING

To: See attached Service List.

**PLEASE TAKE NOTICE** that on this 9th day of August, 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, EDGEWATER COMMUNITY ASSOCIATION INC'S NOTICE OF DEFAULT, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing and within by electronic mail to all those parties eligible to receive the same electronically and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to all the parties appearing above on the 9th day of August, 2018, with proper postage prepaid.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
This 9th day of August, 2018.

_____
Notary Public

KATHERINE L. SMUCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

## Service List

Anthony Dwayne Johnson
908 Northside Drive
Shorewood, Illinois 60404

Briana Czajka
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)